**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SUGARBUSH ARMORY, LLC, et. al.,[1] | Case No. 26-10348-CLB |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Hodgson Russ LLP ("Hodgson") hereby enters its appearance pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of creditor, Twelve Bridge Capital LLC, and requests that it be added to the service list in this case and that copies of all notices and pleadings given or filed in this case be given and served upon the person listed below at the following address and telephone number:

> James C. Thoman, Esq.
> HODGSON RUSS LLP
> 140 Pearl Street, Suite 100
> Buffalo, NY 14202
> Telephone: (716) 856-4000
> Facsimile (716) 849-0349
> Email: jthoman@hodgsonruss.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements,

---

[1] The last four digits of the Debtors' tax identification numbers are as follows: Sugarbush Armory, LLC (5200); Handgun Headquarters, LLC (7827); and Kimo Ward Brandon (8471).

answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, telecopier, or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of the above-named party in interest's rights (1) to have final orders in noncore matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party in interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments that the above-named party in interest expressly reserves.

Dated:  May 22, 2026

**HODGSON RUSS LLP**
*Attorneys for Twelve Bridge Capital LLC*


By:  */s/ James C. Thoman*
　　　　James C. Thoman
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
716.856.4000